92

## Molloy et al., Appellants, *v.* Brown et al.

Argued November 22, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

reargument refused February 7, 1950.

*James H. Molloy,* in propria persona, with him *Herman B. Shepard,* for appellants.

*Edward Davis,* with him *Israel T. Klapper,* for appellees.

OPINION PER CURIAM, January 3, 1950:

This case involves the construction of a written contract, whereon the suit was based, and the plaintiff's attempt to vary it by parol evidence without having produced the requisite proof of fraud, accident or mistake in its execution. The pertinent legal principles are hornbook; and nothing is to be gained by repeating the appropriate application given them in the opinion for the court en banc justifying the learned trial judge's entry of a compulsory nonsuit. On the merit of that opinion, the order refusing to take off the nonsuit will, therefore, be affirmed.

Order affirmed.